IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HARRIS, | ) | CASE NO. 1:20-cv-02755 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| CAMPBELL COURT, L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff William Harris and Defendants Campbell Court, L.P., Silver Tree Residential, LLC, and Housing Preservation, Inc., hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs and attorneys' fees, and the Court to retain jurisdiction.

Respectfully submitted,

/s/ Cory J. Martinson
Cory J. Martinson (0095586)
CAVITCH, FAMILO & DURKIN CO., L.P.A.
1300 East Ninth Street, Twentieth Floor
Cleveland, Ohio 44114
T: 216-621-7860
F: 216-621-3415
E-mail: cmartinson@cavitch.com
Attorneys for Defendants

/s/ David W. Neel
David W. Neel (0033611)
David W. Neel, LLC
13800 Shaker Blvd., Ste. 102
Cleveland, Ohio 44120
Telephone: (216) 522-0011
Telecopier: (844) 548-3570
Email: dwneel@neellaw.com

/s/ Philip J. Adams
Philip J. Adams, Jr. (Missouri Bar #33669)
2079 Sawtooth Mountain Drive
Henderson, Nevada 89044
Tele: (702) 884-0377
Fax: (702) 914-3642
pjajr0222@yahoo.com

Attorneys for Plaintiff William Harris

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022 I electronically filed the foregoing *Stipulation of Dismissal with Prejudice*. All parties and counsel of record will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

/s/ David W. Neel
David W. Neel (0033611)